UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COALITION TO PROTEST THE DEMOCRATIC NATIONAL CONVENTION, ANSWER BOSTON, USWA LOCAL 8751, NEW ENGLAND HUMAN RIGHTS ORGANIZATION FOR HAITI, WOMEN'S FIGHT BACK NETWORK, INTERNATIONAL ACTION CENTER, UNION OF MINORITY NEIGHBORHOODS, GREATER ROXBURY WORKERS ASSOCIATINO, CHELSEA UNITING AGAINST THE WAR, STONEWALL WARRIORS, CHUCK TURNER, AND FELIX ARROYO,<br><br>    Plaintiffs<br><br>    v.<br><br>THE CITY OF BOSTON, RICHARD LORING, ANDREA D'AMATO, PATRICIA MALONE,<br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Now come the defendants City of Boston, Richard Loring, Andrea D'Amato and Patricia Malone (hereinafter "defendants"), and oppose the plaintiffs' motion for a preliminary injunction. As grounds therefor, the defendants refer to the accompanying Memorandum of Law.

Respectfully submitted,
DEFENDANTS CITY OF BOSTON
ET AL.,
By their attorneys
Merita A. Hopkins, Corporation Counsel

Mary Jo Harris, BBO # 561484
Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550