UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COALITION TO PROTECT THE DEMOCRATIC NATIONAL CONVENTION, <u>et al</u>., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.  04-11608-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF BOSTON, <u>et al</u>., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF SCOTT W. SHEAFE**

I, Scott W. Sheafe, do hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the 2004 Democratic National Convention Coordinator for the United States Secret Service ("Secret Service").  In my capacity as Convention Coordinator, I am charged with overseeing the design and implementation of the security plan for the upcoming 2004 Democratic National Convention ("2004 DNC").

2.      I have been a special agent with the Secret Service since December 1992. Among my past assignments as a special agent, I spent five years with the Presidential Protective Division.  I have provided protection for numerous heads of state as well as for many major events.  I am knowledgeable of the Secret Service's policies and practices regarding security at major events such as the 2004 DNC.

3.      Pursuant to 18 U.S.C. § 3056, the Secret Service is charged with protecting the President, Vice President, the President-elect and the Vice President-elect, and the

immediate families of these individuals.  Section 3056 also authorizes the Secret Service

to provide protection for major Presidential and Vice Presidential candidates, and, within

120 days of the general Presidential election, the spouses of such candidates.

4.    Secret Service jurisdiction includes Title 18, United States Code, Section

1752, which prohibits any person or group from entering a restricted area where the

President or other Secret Service protectee is or will be visiting in violation of the

regulations governing ingress or egress thereto.

5.    The Secret Service has been designated as the lead federal agency in the

design, planning and implementation of security measures at National Special Security

Events by Presidential Decision Directive 62.  Additionally, 18 U.S.C. § 3056(e)(1)

authorizes the Secret Service to participate in the planning, coordination, and

implementation of security operations at special events of national significance, as

determined by the President.  The 2004 Democratic National Convention has been

designated such a National Special Security Event.

6.    As the lead federal agency charged with designing, planning and

implementing security at the 2004 Democratic National Convention (DNC), the Secret

Service's responsibilities also include ensuring the safety of those attending or

participating in the event as well as ensuring the safety of the candidates in attendance.

7.    In planning for a major event, the Secret Service considers many potential

security threats, including but not limited to terrorist attacks, lone gunmen, fire safety,

environmental hazards, chemical or biological attack, medical concerns, structural safety

issues, and suicide bombers.  In order to develop the most comprehensive security plan

possible, the Secret Service continuously looks to enhance its security measures and takes

into account past major events as well as current conditions.

8.    In my capacity as the Secret Service's coordinator for the 2004 DNC event,

I have consulted and coordinated with numerous other law enforcement agencies and fire,

life, and safety agencies on the local, state, and federal levels.  A large number of

agencies have contributed to the overall security, crisis, and consequence plans related to

the 2004 DNC.  In particular, I have worked with the Boston Police Department in

determining the secure perimeter for the 2004 DNC.

9.    The security plan for the 2004 DNC includes closing the Fleet Center to the

public and establishing a secure perimeter around the facility.  The Fleet Center will be

closed and the secure perimeter will be established at approximately 6:00 p.m. on Friday,

July 23, 2004, and will remain in effect until approximately 12:00 p.m. on Friday, July

30, 2004.  The secure area includes (but is not limited to) the inside area of North Station,

the MBTA commuter train platforms, and a portion of Causeway Street.  Prior to the

convention, the area inside the secure perimeter will be thoroughly inspected for

ordnance, weapons, and other dangerous situations.  Once that inspection is completed,

only individuals with credentials indicating that they are invited guests of the Democratic

National Committee, along with law enforcement and public safety officials working in their official capacity, will be able to enter the secure area bounded by this perimeter.

10.    Checkpoints will be established to ensure that only properly credentialed individuals are admitted into the secure area.  At the checkpoints, credentialed individuals and their belongings will be screened by a magnetometer and will be subject to search.  Such screening is necessary to maintain a clean environment after the inspection.  The checkpoints will be staffed by Secret Service and Boston Police Department personnel.

11.    Along Causeway Street the sidewalk on the south side of the street has been widened so that it is now 18 to 20 feet wide, which allows more room for public access on that side of the street.  The secure perimeter will be established by a security fence placed along the curb at the edge of the extended sidewalk.  The Secret Service and the City of Boston have determined that the remaining portions of Causeway Street north of the security fence must remain free of public access because of security concerns.

12.    In determining the designation of the secure perimeter, certain factors were considered.  One consideration is the profile of this event.  A national political convention provides a real, as well as a symbolic, target for any person or group interested in attacking the American political process.  Terrorists may seek to disrupt the national political process by attacking the DNC.  At the same time, the presence of the media provides an international forum that is often the objective of terrorists or assassins.  A candidate for President of the United States, a candidate for the Vice President of the

4

United States, their families, congressional members, state governors, and other protected persons will attend the DNC.  The fact that these high profile persons will attend the DNC makes it a more likely target for a host of extraordinary threats, which necessitate the implementation of a commensurate security plan.  These concerns are vastly different than those attendant to the impromptu stop of a single protectee.

13.    Another consideration in designating the secure perimeter for the DNC, and in particular the portion of Causeway Street located inside the secure perimeter, is the geography of the area around the Fleet Center and the need for a sufficiently large area to respond to emergency events.  In particular, the secure perimeter must be large enough to permit rapid evacuation of the Fleet Center and adjoining structures in the event of fire, environmental hazard, structural safety issues, or chemical or biological or other terrorist attack.  Open area must be reserved to provide a route to safely move evacuees away from the Fleet Center.  In addition, space must be reserved to provide for access for emergency services, ambulance and fire truck access routes, and space for other emergency equipment and treatment areas.  If an emergency event were to occur, the need for space for evacuation and the need for space for emergency vehicles would arise simultaneously. Two usable traffic lanes have been reserved on Causeway street for these purposes.  This provides one lane for stationary operating fire equipment and one lane for simultaneous evacuation.

14.    A third important consideration in designating the secure perimeter for the DNC is the "stand-off" distance necessary to minimize the effect of weapons, chemical/biological agents, bombs, and other explosive devices on the DNC participants, including the Presidential Candidate, Vice Presidential Candidate, and others.  Buffer zones created by security perimeters from which unscreened individuals are excluded provide for increased security by diminishing the accuracy of a firearm or thrown object and by minimizing the effect of an explosive device on a target.  Although a greater distance between the Fleet Center and the temporary structure erected to house the press and the secure perimeter would be desirable, the current designation reflects a consideration of the limitations posed by the geography surrounding the site and the desire to limit the impact (e.g., closed streets) of the event on the surrounding neighborhood.

15.    In consideration of the foregoing factors, the reserved portion of Causeway Street, inside the secure perimeter, is essential to the safety of all persons attending the DNC.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Date:  July 20, 2004                       /s/ Scott W. Sheafe
                                          Scott W. Sheafe
                                          Assistant to the Special Agent in Charge
                                          Dignitary Protective Division
                                          United States Secret Service