UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COALITION TO PROTECT THE ) <br> DEMOCRATIC NATIONAL CONVENTION, ) <br> ANSWER BOSTON, USWA LOCAL 8751, ) <br> NEW ENGLAND HUMAN RIGHTS ) <br> ORGANIZATION FOR HAITI, WOMEN'S ) <br> FIGHT BACK NETWORK, INTERNATIONAL ) <br> ACTION CENTER, UNION OF MINORITY ) <br> NEIGHBORHOODS, GREATER ROXBURY ) <br> WORKERS ASSOCIATION, CHELSEA ) <br> UNITING AGAINST THE WAR, STONEWALL ) <br> WARRIORS, CHUCK TURNER, AND ) <br> FELIX ARROYO, ) <br>     Plaintiffs, ) <br> ) <br>          v. ) <br> ) <br> THE CITY OF BOSTON, RICHARD LORING,) <br> ANDREA D'AMATO, PATRICIA MALONE, ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 04-11608-DPW |

PRELIMINARY INJUNCTION
July 22, 2004

After several hearings, review of the submissions of the parties, and a view of the relevant location, the court finds, for reasons stated on the record and reflected in the stenographer's notes of the hearing this day, that the plaintiffs have established a likelihood of success on the merits of their claim that their First Amendment rights would be violated by the failure to permit their march along Causeway Street on Sunday, July 25, 2004, that the hardship to the plaintiffs from the lack of an injunction would be irreparable and outweighs the hardship to the defendants from the imposition of an injunction, and finally that the public interest would best be served by the

fashioning of an injunction.  It is therefore hereby ORDERED, ADJUDGED AND DECREED:

That the defendants, their officers, agents, servants and employees and all other persons in active concert and who receive actual notice of this Order by personal service or otherwise shall allow the plaintiffs to parade in accordance with the previously issued parade permit for Sunday, July 25, 2004, except that the parade will be permitted to proceed from Merrimac Street, along Portland Street, along Causeway Street, along Canal Street, and from there onto Valenti Way.

/s/ Douglas P. Woodlock

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE