UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass,
Date 7/20/04
By
Deputy Clerk

COALITION TO PROTEST THE )
DEMOCRATIC NATIONAL )
CONVENTION, et al., )
)
    Plaintiffs, ) Civil Action No. 04-11608-DPW
)
v. )
)
THE CITY OF BOSTON, et al., )
)
    Defendants. )

## MOTION OF UNITED STATES OF AMERICA TO INTERVENE

The United States of America, on behalf of the United States Secret Service ("Secret Service"), hereby moves, pursuant to Fed. R. Civ. P. 24, to intervene in this action as a party defendant.

In support of this motion, the United States says that it is entitled to intervene as of right pursuant to Fed. R. Civ. P. 24(a) because the disposition of the plaintiffs' motion may impair the Secret Service's interest in providing proper security during the 2004 Democratic National Convention. Alternatively, permissive intervention should be allowed pursuant to Fed. R. Civ. P. 24(b) because the United States' claim or defense involves questions of law and fact that are common to the main action. In particular, the United States claims that the Secret Service is authorized to establish and maintain a

secure perimeter around the site of the 2004 Democratic National Convention and that the plaintiffs' claims threaten to impair this function.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jennifer C. Boal
Jennifer C. Boal
George B. Henderson, II
Assistant U.S. Attorneys
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110
(617) 748-3282

Dated: July 21, 2004