UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 7/21/04
By ___
Deputy Clerk

THE COALITION TO PROTEST THE )
DEMOCRATIC NATIONAL CONVENTION )
et al., )
)
)
      Plaintiffs, )   Docket No.
)
      v. )   04-11608-DPW
)
THE CITY OF BOSTON, et al. )
)
)
      Defendants. )

### DECLARATION OF NEIL MCGARAGHAN

I, Neil McGaraghan, declare:

1.    I make this affidavit based on personal knowledge.

2.    I am an attorney at Bingham McCutchen LLP, 150 Federal Street, Boston, Massachusetts, 02110. I represent the plaintiffs in the above-captioned action.

3.    Attached hereto as Exhibit A is copy of a map of Boston showing the areas relevant to the issues presented in the above-captioned action. The copy is taken from the Office Arrow Street Atlas of Metro Boston and Eastern Massachusetts, third edition (1999). It is a true and accurate copy, except that the handwritten notations have been added in to illustrate the differences between the parade routes proposed by the plaintiffs and that proposed by the City in the above-captioned matter. The plaintiffs' proposed route is indicated in blue. The City's proposed route is indicated in red.

Signed under the pains and penalties of perjury this 21st day of July, 2004.

                                      _____
                                      Neil McGaraghan

