UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COALITION TO PROTEST THE )<br>DEMOCRATIC NATIONAL CONVENTION )<br>et al., )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF BOSTON, et al. )<br>)<br>)<br>      Defendants. ) | Docket No. 04-11608-DPW |

## DECLARATION OF ANNA BERENT

I, Anna Berent, declare:

1. My name is Anna Berent. I make this affidavit based on personal knowledge.

2. I am a third year law student at Northeastern University School of Law.

3. I am working this summer as a legal intern for the law firm of Stern, Shapiro, Weissberg, and Garin.

4. On July 21, 2004, I visited each of the businesses on Causeway Street between Staniford Street and Canal Street. At each business, I asked a responsible employee what business hours that business intends to keep during the Democratic National Convention.

5. Sovereign Bank posted its hours of operation for the week of the Convention on its front door. The bank will be closed Sunday; and Monday through Thursday it will remain open from 7:00 a.m. to 12:00 p.m..

6. A Beacon Hill Sports Club employee informed me that Beacon Hill Sports Club will be closed on Sunday; and will be open Monday through Thursday from 6:00 a.m. to 2:00 p.m..

7. A Half-Time employee informed me that Half-Time will remain closed for the duration of the Convention and will re-open on August 1, 2004.

8. An Instant Photo employee informed me that Instant Photo will be closed on Sunday, July 25, 2004, but will remain open Monday through Thursday from 9:00 a.m. to 3:00 p.m..

9. A North Station Tobacco employee informed me that North Station Tobacco will be closed on Sunday. That employee also informed me that although normal Monday - Thursday hours are 9:00 a.m. to 11:00 p.m., North Station Tobacco will adjust its hours next week depending on business.

10. An Empire Photo Employee informed me that Empire Photo will be closed on Sunday, and that it is open from 8:00 a.m. until 6:00 p.m. on Monday through Thursday next week.

11. A Penalty Box employee informed me that the Penalty Box will remain open every day from 8:00 a.m. until 2:00 a.m.

12. A Harp employee informed me that the Harp will be open on Sunday at 12:00 p.m., but it will adjust its closing time depending on business. The Harp will be open Monday, Tuesday, and Thursday until 1:00 a.m., but will be closed on Wednesday.

13. A Burger King employee informed me that on Sunday Burger King will be open until 8:00 p.m., and Monday – Thursday it will remain open until 11:00 p.m.

14. A Dunkin Donuts employee informed me that Dunkin Donuts will remain open twenty four hours seven days per week.

15. A Seven Eleven employee informed me that Seven Eleven will remain open twenty four hours seven days per week.

16. A TGIF employee informed me that TGIF will remain open on Sunday from 12:00 p.m. until 12:00 a.m.. On Monday – Thursday, TGIF will be open from 11:30 a.m. until 12:00 a.m.

17. The Sandwich Shop, Mulligan's, was closed and had no hours of operation posted on the door.

Signed under the pains and penalties of perjury this 22 day of July, 2004.

/s/
_____

Anna Berent

2