

**A.N.S.W.E.R. Coalition**
31 Germania Street, Jamaica Plain, MA 02130
617.522.6626 • ANSWERBoston@iacboston.org
www.iacboston.org/answer • www.internationalanswer.org

June 9, 2003

Mr. Dick Loring
City of Boston Transportation Department
City Hall
Boston 02201

Dear Mr. Loring,

We hereby apply for a parade permit for July 26-29 2003. The parade will begin between 6:00 pm and 7:00pm from Government Center (area in front of the T station by Cambridge St.). It will be led by a pickup truck with portable battery-powered sound. It will proceed down Cambridge St. to New Charndon St. to Merrimac St. to Causeway St. to Medford St. to Joe Tecce Way to New Charndon St. to Cambridge St. to Government Center.

Primary Contact Information:     Chuck Turner, Boston City Council – 617-635-3510
                                 Steve Kirschbaum – 617-524-1535

Sincerely,

Peter Cook
A.N.S.W.E.R. Coalition