B

# PAVLOS & VITALI LAW OFFICES

142 Main Street     Phone:     508.894.0050
Suite 406     Fax:     508.894.0051
Brockton, MA 02301     email:     pavlosandvitali@aol.com

**VIA FACSIMILE AND US MAIL**

April 5, 2004

John Reinstein, Legal Director
American Civil Liberties Union
99 Chauncy Street, Suite 310
Boston, MA 02111
Fax 617/451-0009

         Re: <u>Protest Permits for Democratic National Convention</u>

Dear Attorney Reinstein:

I am writing in response to the voice mail message that you left for me last week. In your message, you stated that you were negotiating with City officials over areas for protesters at the Democratic National Convention and asked for the A.N.S.W.E.R. Coalition's ("ANSWER") permit request information for that purpose.

As you may know, I sent a letter to the local National Lawyers Guild ("NLG") on March 15, 2004, advising them that ANSWER is represented by counsel (Attorney Mara Verhayden-Hilliard and me), and expressing my concern that there be no further unauthorized discussions with the authorities that purport to affect the legal rights of these activists.

I am concerned because your message suggests that you are doing just that. While I certainly appreciate your interest in addressing and advocating for First Amendment rights as a general matter, I am somewhat disturbed that you may be engaged in discussions with the police on matters that directly address and impact my client's interests without authority. We hope that there has not been such an assertion made to the police or City officials.

As you know, ANSWER applied for permits more than a year in advance of the anticipated demonstration and have had ongoing communications with the authorities regarding permits. They are clearly first in time with regard to seeking access close to the Fleet Center as well as related march routes. They are actively pursuing their rights in this regard.

As I'm sure you agree, it would be inappropriate for anyone to intervene and negotiate protest locations without settlement authority or authorization for such negotiations from the affected entity.

Reinstein/ACLU
April 5, 2004
Page 2

This is an extremely important demonstration that ANSWER has been actively organizing for many months. To the extent that you are negotiating with police regarding where and how protesters can assemble and march, please be advised that my clients reiterate that no one is authorized to do so on their behalf.

I hope that this provides any additional clarification that is needed.

The ACLU's defense of First Amendment rights is recognized and valued, and we have respect for the work that you and the local NLG do in this regard. However, we need to ensure that there are no actions taken that impact our client's asserted constitutional interests.

Sincerely,

John McK. Pavlos, Esq.

cc: Steve Kirschbaum, A.N.S.W.E.R. Coalition
    Peter Cook, A.N.S.W.E.R. Coalition
    Mara Verheyden-Hilliard, Esq., Partnership for Civil Justice