# PAVLOS & VITALI LAW OFFICES

142 Main Street  
Suite 406  
Brockton, MA 02301

Phone: 508.894.0050  
Fax: 508.894.0051  
email: pavlosandvitali@aol.com

VIA FACSIMILE

March 15, 2004

Attorney Urszula Masney-Latos, Executive Director  
National Lawyers Guild, Massachusetts Chapter  
14 Beacon Street, #407  
Boston, MA 02108  
Fax No. 617/227-5495

        Re:    A.N.S.W.E.R. Permit Requests for Demonstration at DNC

Dear Attorney Masny-Latos:

I write to inform you that I represent the Boston ANSWER Coalition along with attorney Mara Verheyden-Hilliard, Partnership for Civil Justice, in efforts to secure permits for activities during the Democratic National Convention.

I understand that you have met with representatives of the Boston Police Department concerning the DNC and that they have informed you that no organization has applied for permits. Please be advised that ANSWER has applied for permits and that the requests were denied. The organization continues to seek permits for activities during the Convention and is preparing a response.

We are glad to see that the National Lawyers Guild is taking an active role is assisting organizations in the defense of their right to protest during the DNC. However, any discussion with representatives responsible for issuing permits or efforts to enforce the First Amendment rights of those planning to demonstrate at the DNC, should include my clients.

Very truly yours,

*[signature]*

John McK. Pavlos, Esq.