**BINGHAM McCUTCHEN**

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726
T 617.951.8000
F 617.951.8736

American Civil Liberties/Union Mass. Inc.
99 Chauncy Street, Suite 310
Boston, MA 02110

Invoice: 2174891
June 1, 2005

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with American Civil Liberties Union of Massachusetts for the period through July 22, 2004.

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 07/12/04 | N. McGaraghan | 3.40 | Interoffice conference with Mr. Heinig regarding research assignment; prepare for and attend meeting with representative of ANSWER Coalition; research regarding parade issues. |
| 07/13/04 | N. McGaraghan | 1.10 | Outline points for Kirschbaum affidavit; research note to Mr. Heining; review correspondence from client; review materials prepared by Mr. Heining. |
| 07/14/04 | N. McGaraghan | 2.10 | Meeting at Boston Police Department. |
| 07/15/04 | N. McGaraghan | 13.10 | Attention to review and revisions to complaint and motion for preliminary injunction. |
| 07/15/04 | E. Heining | 3.50 | Research first amendment issues; revise legal memorandum. |
| 07/16/04 | N. McGaraghan | 12.60 | Draft preliminary injunction papers and memorandum in support. |
| 07/16/04 | E. Heining | 1.30 | Prepare Complaint for filing. |
| 07/18/04 | N. McGaraghan | 4.20 | Review and revise preliminary injunction papers, complaint and supporting affidavits. |
| 07/19/04 | N. McGaraghan | 10.10 | Review and revise preliminary injunction papers; telephone conference with client and Mr. Reinstein; finalize papers for filing; file at district court; attend press conference; demonstration zone site visit. |
| 07/19/04 | E. Heining | 7.50 | Prepare filing; Westlaw research on first amendment parade cases. |
| 07/20/04 | N. McGaraghan | 12.80 | Prepare for preliminary injunction hearing; review and analyze defendant's opposition to preliminary injunction motion; prepare argument for preliminary injunction hearing. |

OUR REF:   0999997/0000928010.01063

**BINGHAM McCUTCHEN**

American Civil Liberties/Union Mass. Inc.

Invoice: 2174891
June 1, 2005
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/20/04 | E. Heining | 5.50 | Serve process on defendants; research appellate procedures in federal court context; research appellate procedure, especially emergency motions to stay and mandamus writs. |
| 07/21/04 | N. McGaraghan | 13.60 | Prepare for and attend preliminary hearing; site view with judge and parties; prepare Berent Affidavit; prepare second Kirschbaum Affidavit; telephone conference with Kirschbaum regarding same. |
| 07/21/04 | E. Heining | 9.00 | Draft Notice of Appeal; pre-trial conference; attend hearing in Federal Court; research appellate procedure. |
| 07/22/04 | N. McGaraghan | 8.40 | Prepare for and attend hearing on Black Tea case; review possible appellate issues. |
| 07/22/04 | E. Heining | 4.00 | Research emergency appeal procedures, DNC protest zone and motion outcome. |
| Total Hours | | 112.20 | |

Total for Services                                                                 $35,772.00

Firm Charges for Disbursements

| Cost | Amount |
|---|---|
| Copy Charges | $ 332.90 |
| Electronic Research | 4,840.76 |
| Fax | 6.00 |
| Filing Fees | 150.00 |
| Index | 7.55 |
| Messenger | 102.95 |
| Telephone Charges | 0.53 |
| Practice Group/Area Development | 13.00 |

Total for Disbursements                                                            $5,453.69

Total for Services and Disbursements                                               $41,225.69

OUR REF:    0999997/0000928010.01063

**BINGHAM McCUTCHEN**

American Civil Liberties/Union Mass. Inc.

Invoice: 2174891
June 1, 2005
Page: 3

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Amount |
|---|---|---|
| N. McGaraghan | 81.40 | 29,304.00 |
| E. Heining | 30.80 | 6,468.00 |
| Total All Timekeepers | 112.20 | $35,772.00 |

OUR REF:    0999997/0000928010.01063