**BINGHAM McCUTCHEN**

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726
T 617.951.8000
F 617.951.8736

American Civil Liberties/Union Mass. Inc.
99 Chauncy Street, Suite 310
Boston, MA 02110

Invoice: 2174902
June 1, 2005

FEDERAL I.D. NUMBER: 04-2255187

For professional services rendered in connection with American Civil Liberties Union of Massachusetts for the period through July 11, 2004.

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 04/08/04 | N. McGaraghan | 3.30 | ALCU/DNC Attend meeting at Boston Police headquarters. |
| 04/09/04 | N. McGaraghan | 0.50 | ACLU/DNC Memorandum to Mr. Kociubes regarding meeting with city and federal officials. |
| 04/27/04 | N. McGaraghan | 0.60 | ACLU Telephone conference with Mr. Reinstein and Ms. Rose. |
| 04/30/04 | N. McGaraghan | 0.30 | ACLU DNC Review correspondence and documents from Ms. Wunsch; note to Ms. Wunsch regarding same. |
| 05/06/04 | J. Vitullo | 1.20 | Attention to office administration. |
| 05/07/04 | J. Vitullo | 0.50 | Attention to office administration. |
| 05/20/04 | N. McGaraghan | 1.50 | ACLU DNC Telephone conference with Mr. Reinstein; email to Mr. Vitullo; review ACLU clients' permit applications; review correspondence from Ms. Wunsch; mail correspondence to ACLU. |
| 05/20/04 | J. Vitullo | 2.30 | Draft first copy of letter to the City of Boston. (ACLU) |
| 05/21/04 | N. McGaraghan | 3.10 | ACLU DNC Review correspondence from Ms. Rose; prepare letter to Ms. Harris; correspondence with Ms. Wunsch and Ms. Rose. |
| 05/23/04 | N. McGaraghan | 0.40 | ACLU DNC Revise letter to Ms. Harris. |
| 05/24/04 | N. McGaraghan | 5.30 | Edit and expand letter to Ms. Harris per comments of Ms. Rose; interoffice conference with Mr. Kociubes regarding same; prepare for meeting with Ms. Harris; revise letter to Ms. Harris per Ms. Rose's suggested edits; meet with City officials and Mr. Rein stein, Ms. Rose and Ms. Wunsch. |
| 05/24/04 | J. Vitullo | 0.80 | Review letter to Ms. Harris (0.5); review Mahoney case (0.3). (ACLU) |

OUR REF:   0999997/0000928010.01063

**BINGHAM McCUTCHEN**

American Civil Liberties/Union Mass. Inc.

Invoice: 2174902
June 1, 2005
Page: 2

FEDERAL I.D. NUMBER: 04-2255187

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/25/04 | N. McGaraghan | 0.20 | ACLU DNC Draft follow-up letter to Ms. Harris. |
| 05/25/04 | J. Vitullo | 1.10 | Create list of potential claims. (ACLU) |
| 05/27/04 | N. McGaraghan | 2.90 | ACLU DNC Letter to Ms. Harris; correspondence ACLU regarding same; research regarding potential claims. |
| 05/27/04 | J. Vitullo | 0.30 | Review research for preliminary injunction. (ACLU). |
| 05/28/04 | N. McGaraghan | 0.50 | ACLU DNC Review correspondence from Ms. Wunsch and Ms. Rose; revise draft letter. |
| 06/01/04 | J. Kociubes | 0.30 | ACLU/DNC: Review email with attached draft correspondence from Mr. McGaraghan and reply to same. |
| 06/01/04 | N. McGaraghan | 1.80 | Letter to Ms. Harris. |
| 06/01/04 | J. Vitullo | 1.50 | Research for preliminary injunction and outcome of Mahoney case. (ACLU) |
| 06/02/04 | N. McGaraghan | 4.30 | Analyze Operation Rescue stipulation and memorandum to client regarding same. |
| 06/02/04 | J. Vitullo | 2.90 | Review press reports regarding Mahoney case and stipulation (0.5); review research and draft memorandum of law regarding possible preliminary injunction. (2.4). (ACLU) |
| 06/03/04 | J. Kociubes | 0.40 | Attention to email and responding to same; confer with Mr. McGaraghan. |
| 06/03/04 | N. McGaraghan | 7.90 | Analyze Operation Rescue stipulation and memorandum to client regarding same; research regarding prior restraints and permitting process; revise memorandum to client regarding same; interoffice conference with Mr. Kociubes; finalize memorandum to client. |
| 06/03/04 | J. Vitullo | 1.70 | Review case memorandum from Mr. McGaraghan and respond to same (0.9); review research and create notes and memorandum on same for Mr. McGaraghan (0.8). (ACLU) |
| 06/04/04 | N. McGaraghan | 0.30 | Review correspondence from Mr. Reinstein; review correspondence from Ms. Rose. |
| 06/07/04 | J. Kociubes | 2.00 | Memorandum regarding ACLU issues; telephone conference with Ms. Winch, Ms. Ruse and Mr. Reinstein; attention to email. |
| 06/07/04 | N. McGaraghan | 1.30 | Telephone conference with client. |

OUR REF:    0999997/0000928010.01063

**BINGHAM McCUTCHEN**

American Civil Liberties/Union Mass. Inc.

Invoice: 2174902
June 1, 2005
Page: 3

FEDERAL I.D. NUMBER: 04-2255187

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 06/08/04 | J. Kociubes | 0.90 | Attention to email; telephone call with Ms. Macklin. |
| 06/09/04 | J. Kociubes | 0.30 | Telephone call with Ms. Rose. |
| 06/09/04 | N. McGaraghan | 2.90 | Review notes and other background information for purposes of proposal to Ms. Harris; prepare and edit letter to Ms. Harris. |
| 06/14/04 | N. McGaraghan | 1.70 | Letter to Ms. Harris; legal research regarding prior restraints. |
| 06/15/04 | N. McGaraghan | 0.70 | Review correspondence from client regarding permit application difficulties; telephone conference with Ms. Harris; correspondence to client. |
| 06/16/04 | N. McGaraghan | 3.20 | Correspondence client; review case law. |
| 06/17/04 | N. McGaraghan | 3.10 | Legal research regarding 1st Cir. and D. Mass 1st Amendment. permitting cases; draft correspondence to Mr. Lyons. |
| 06/18/04 | N. McGaraghan | 0.80 | Interoffice conference with Mr. Berkowitz regarding same; letter to Mr. Lyons. |
| 06/21/04 | N. McGaraghan | 0.20 | Review client correspondence and letter from Ms. Harris. |
| 06/22/04 | N. McGaraghan | 1.40 | Message to Ms. Harris; memorandum to Ms. Rose; review surveillance policy; review city's settlement proposal; telephone conference with Ms. Harris regarding same; interoffice conference with Mr. Kociubes regarding same; telephone conference with ACLU regarding same. |
| 06/23/04 | N. McGaraghan | 0.80 | Conference call with client. |
| 06/24/04 | N. McGaraghan | 0.50 | Interoffice conference with Mr. Kociubes; review correspondence from client; review surveillance policy. |
| 06/30/04 | N. McGaraghan | 0.10 | Telephone conference with Mr. Reinstein. |
| 07/01/04 | N. McGaraghan | 0.30 | Telephone conference with Mr. Reinstein; review detailed site map of demonstration zone. |
| 07/05/04 | N. McGaraghan | 2.10 | Analyze BPD surveillance policy. |
| 07/06/04 | N. McGaraghan | 5.80 | Review and analyze BPD surveillance policy; legal research in connection with BPD surveillance policy; memorandum to Ms. Rose regarding analysis of BPD surveillance policy. |
| 07/07/04 | N. McGaraghan | 0.70 | Correspondence to Ms. Rose; review answer, permit and case law. |

OUR REF:    0999997/0000928010.01063

**BINGHAM McCUTCHEN**

American Civil Liberties/Union Mass. Inc.

Invoice: 2174902
June 1, 2005
Page: 4

FEDERAL I.D. NUMBER: 04-2255187

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/08/04 | N. McGaraghan | 3.10 | Research regarding parade issues. |
| 07/09/04 | N. McGaraghan | 0.20 | Telephone conference with Mr. Reinstein. |
| Total Hours | | 78.00 | |

Total for Services                                                                                  $27,576.00

Firm Charges for Disbursements

| Cost | Amount |
|---|---|
| Copy Charges | $ 4.80 |
| Electronic Research | 42.00 |
| Meals | 46.73 |
| Telephone Charges | 3.85 |
| Partner Management - Travel/Other | 33.65 |

Total for Disbursements                                                                              $131.03

Total for Services and Disbursements                                                        $27,707.03

OUR REF:    0999997/0000928010.01063

**BINGHAM McCUTCHEN**

American Civil Liberties/Union Mass. Inc.

Invoice: 2174902
June 1, 2005
Page: 5

FEDERAL I.D. NUMBER: 04-2255187

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Amount |
| --- | --- | --- |
| J. Kociubes | 3.90 | 2,437.50 |
| N. McGaraghan | 61.80 | 22,248.00 |
| J. Vitullo | 12.30 | 2,890.50 |
| Total All Timekeepers | 78.00 | $27,576.00 |

OUR REF:    0999997/0000928010.01063