UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COALITION TO PROTEST THE DEMOCRATIC NATIONAL CONVENTION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No.04-11608-DPW |
| CITY OF BOSTON | ) ) | |
| Defendant. | ) | |

AFFIDAVIT OF JOHN REINSTEIN IN SUPPORT
OF MOTION FOR ATTORNEYS FEES AND COSTS

I, John Reinstein, under the penalty of perjury, hereby affirm:

1.    I am one of the attorneys for the plaintiff and submit this affidavit in support of plaintiffs'

motion for attorneys fees and costs.

2.    I have been employed as an attorney by the American Civil Liberties Union of

Massachusetts since 1971 and have held the position of Legal Director since 1974.

3.    I am a 1969 graduate of the University of Pennsylvania Law School.  I was first admitted

to the bar in the District of Columbia in 1969.  I was admitted to the bar in the

Commonwealth of Massachusetts in 1971.  I am also a member of the bar of the Supreme

Court of the United States, the United States Court of Appeals for the First Circuit and

the United States District Court for the District of Massachusetts.

4.    In my current position, I am responsible for the direction and administration of the legal

program of the American Civil Liberties Union of Massachusetts.  My practice typically

involves the planning and litigation of cases concerning civil rights and civil liberties.  In

- 2 -

the thirty-four years that I have been practicing law, I have been involved as counsel, as

amicus curiae or as a consultant in hundreds of cases in which civil rights claims have

been asserted on behalf of individuals.

5.    I am a member of the Boston Bar Association, the Massachusetts Bar Association and

American Bar Association.  I served as an elected member of the BBA Council from

1988 through 1991.  I served as a member of the Section Council of the MBA's Section

on Individual Rights and Responsibilities from 1988 to 1991 and served on the MBA

Coordinating Committee on Legal Medical Issues.  I served as a member of the BBA's

IOLTA Committee from 1990 to 1998.

6.    Attached hereto as **Exhibit A** is a printout of the ACLU of Massachusetts records of my

time spent on this case  from July 8, 2004 through July 22, 2004  I entered my time in

hours and minutes contemporaneously with my work on a computerized system.  These

records show that I spent 27.03  hours working on this case. Very short activities were not

recorded.  My hours are substantially less than my co-counsel who took the lead in

preparing all pleadings filed in this matter.  I have not included time that was spent in

negotiations with the City of Boston, the Boston Police Department and the U.S. Secret

Service concerning the arrangements for the protest at the Democratic National

Convention.  Nor have I included time that was devoted to the companion case involving

the so-called "protest zone."

7.    I believe that a reasonable hourly rate for my legal work is $400.00 per hour based on my

years of experience since 1971 litigating cases concerning constitutional rights.  I have

surveyed the currently prevailing rates in the Boston legal community and have found that

- 3 -

an attorney in private practice with my level of experience would bill at a rate of at least $450.00 and in some cases much higher.

8.    All of the work I performed on this case was done as staff attorney for the American Civil Liberties Union Foundation of Massachusetts (ACLUFM), a nonprofit public interest legal organization dedicated to defending the Bill of Rights and state constitutional rights.  The amount awarded by the court will not inure directly to my benefit, but will be paid to ACLUFM and will be used to provide legal assistance to other individuals whose civil rights or civil liberties have been threatened or violated.

Signed under the penalty of perjury this 31st  day of May, 2005.


                    /s/John Reinstein
                    John Reinstein