

**John Reinstein, Legal Director**
**(617) 482-3170 ext. 324**
**Reinstein@aclu-mass.org**

Date:   6/1/2005
Client: Democratic Convention 2004
User:   John Reinstein
Rate:   $400/hour

Page 1

| DATE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 7/8/2004 | Telephone call - Kirschbaum | 0.50 | $200.00 |
| 7/9/2004 | Telephone call - Kirschbaum | 0.20 | $80.00 |
| 7/12/2004 | Meeting with clients; meeting with McGaraghan | 2.50 | $1,000.00 |
| 7/13/2004 | Review permit application material | 0.33 | $133.33 |
| 7/14/2004 | Meeting at Boston Police Department | 2.00 | $800.00 |
| 7/16/2004 | Review draft of complaint and affidiavits | 0.50 | $200.00 |
| 7/19/2004 | Review and edit PI memo; research; draft memo to McGaraghan | 2.00 | $800.00 |
| 7/19/04 | Review draft of complaint and affidavit; prepare memo to Bingham | 1.50 | $600.00 |
| 7/20/2004 | Review NY decision | 0.50 | $200.00 |

Date:   6/1/2005
Client: Democratic Convention 2004
User:   John Reinstein
Rate:   $400/hour

Page 2

| DATE | TASK | HOURS | AMOUNT |
|---|---|---|---|
| 7/21/2004 | Attend hearing USDC and view; meeting with clients; review affidavit; draft memo to McGaraghan | 10.00 | $4,000.00 |
| 7/22/04 | Meeting with McGaraghan; attend hearing USDC | 7.00 | $2,800.00 |
|  |  |  |  |
| **TOTAL HOURS:** |  | 27.03 |  |
| **TOTAL FEES:** |  |  | $10,813.33 |

**ACLU of Massachusetts, 99 Chauncy Street, Suite 310, Boston, Massachusetts 02111**
**Phone: 617-482-3170    Fax: 617-451-0009    Website: www.aclu-mass.org**