UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE COALITION TO PROTEST THE DEMOCRATIC NATIONAL CONVENTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF BOSTON, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-11608 |

**LOCAL RULE 7.1 CERTIFICATION IN SUPPORT OF**
**MOTION FOR ATTORNEY FEES**

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, Plaintiffs ANSWER Boston and USWA Local 8751 hereby certify that on June 1, 2005, they conferred with counsel for the City of Boston concerning the Plaintiffs' Motion for Award of Attorney's Fees, in a good faith, but unsuccessful, effort to resolve or narrow the issues raised therein.

By their attorneys,

/s/ Neil McGaraghan
Joseph L. Kociubes, BBO # 276360
Neil G. McGaraghan, BBO # 649704
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

-2-

                                          John Reinstein, BBO # 416120
                                          AMERICAN CIVIL LIBERTIES UNION OF
                                          MASSACHUSETTS
                                          99 Chauncy Street
                                          Boston, MA 02111
                                          (617) 482-3170

Dated: June 2, 2005

-2-

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 2d day of June 2005, I caused a true copy of the foregoing document to be served by United States Mail upon the City of Boston Law Department.

                                          <u>/s/ Neil McGaraghan</u>
                                          Neil McGaraghan