UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COALITION TO PROTEST THE DEMOCRATIC NATIONAL CONVENTION, et al. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE CITY OF BOSTON, et al., | ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION
NO. 04-11608

### WITHDRAWAL OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES

On or about June 1, 2005, plaintiffs filed a Motion for Award of Attorney Fees.  Plaintiffs and defendant City of Boston have since agreed to a global resolution of the Motion whereby the plaintiffs agreed to withdraw the motion in exchange for payment by the City of Boston in the amount of $34,253.69 (the "Settlement").  Plaintiffs hereby withdraw the Motion without prejudice to refiling should the City of Boston fail to effectuate the above-referenced Settlement.

Respectfully submitted,

THE COALITION TO PROTEST THE DEMOCRATIC NATIONAL CONVENTION, ET AL.

By their attorneys,

/s/ Neil McGaraghan
Joseph L. Kociubes, BBO # 276360
Neil G. McGaraghan, BBO # 649704
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

John Reinstein, BBO # 416120
AMERICAN CIVIL LIBERTIES UNION OF
MASSACHUSETTS
99 Chauncy Street
Boston, MA 02111
(617) 482-3170

Dated:  June 30, 2005

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of June 2005, I caused a true copy of the above document to be served by United States Mail upon the Boston Police Department and the City of Boston Law Department.

/s/ Neil McGaraghan
Neil McGaraghan
