UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE COALITION TO PROTEST THE <br> DEMOCRATIC NATIONAL CONVENTION, et al. <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF BOSTON, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-11608 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), there having been no answer or motion for summary judgment filed by any adverse party, and the Court having granted in part and denied in part Plaintiffs' motion for preliminary injunctive relief, Plaintiffs hereby dismiss the above-captioned action.

Respectfully submitted,

COALITION TO PROTEST THE DEMOCRATIC
NATIONAL CONVENTION, ET AL.

By their attorneys,

/s/ Neil McGaraghan
Joseph L. Kociubes, BBO # 276360
Neil G. McGaraghan, BBO # 649704
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

John Reinstein, BBO # 416120
AMERICAN CIVIL LIBERTIES UNION OF
MASSACHUSETTS
99 Chauncy Street
Boston, MA 02111
(617) 482-3170

LITDOCS/608914.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July 2005, I caused a true copy of the above document to be served by United States Mail upon the City of Boston Law Department and the United States Attorney for the District of Massachusetts.

/s/ Neil McGaraghan
Neil McGaraghan